UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

TROIKA MEDIA GROUP, INC. TROIKA-
MISSION HOLDINGS, INC.,
MISSIONCULTURE LLC, and MISSION
MEDIA USA INC.,

            Plaintiffs,

- against -

NICOLA STEPHENSON, JAMES
STEPHENSON, and ALLMAC LLC,

            Defendants.
----------------------------------------------------------x

Index No. 19 Civ. 00145 (ER)

**NOTICE OF APPEARANCE**

**TO:** The Clerk of Court and all parties of record:

I, Steven G. Mintz, am admitted to practice in this Court, and I appear in this case as counsel for Defendant AllMac LLC.

Dated: New York, New York
       January 14, 2019

MINTZ & GOLD LLP

By: _____
Steven G. Mintz
600 Third Avenue, 25th Floor
New York, New York 10016
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
*Attorneys for Defendant AllMac LLC*