UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

TROIKA MEDIA GROUP, INC. TROIKA-  :
MISSION HOLDINGS, INC.,           :
MISSIONCULTURE LLC, and MISSION   :
MEDIA USA INC.,                   :       Index No. 19 Civ. 00145 (ER)
                                  :
                    Plaintiffs,   :
                                  :
        - against -               :       **NOTICE OF APPEARANCE**
                                  :
NICOLA STEPHENSON, JAMES          :
STEPHENSON, and ALLMAC LLC,       :
                                  x
                    Defendants.
------------------------------------------------

**TO:**   The Clerk of Court and all parties of record:

I, Timothy H. Wolf, am admitted to practice in this Court, and I appear in this case as

counsel for Defendant AllMac LLC.

Dated: New York, New York
       January 14, 2019

MINTZ & GOLD LLP

By: _____
Timothy H. Wolf
600 Third Avenue, 25th Floor
New York, New York 10016
Tel: (212) 696-4848
Fax: (212) 696-1231
wolf@mintzandgold.com
*Attorneys for Defendant AllMac LLC*