

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue, New York, NY 10022
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Richard W. Trotter**
Writer's Direct Dial: (212) 508-7542
E-mail: Trotter@thsh.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/14/2019__

January 11, 2019

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

The application is __X__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated:  __1/14/2019__
New York, New York

Re:   *Troika Mission Group,* et al. *v. Nicola Stephenson* et al., Index No. 19-CV-00145 (ER)

Dear Judge Ramos:

    We represent Defendants Nicola and James Stephenson in the above-referenced action. Pursuant to Rule 1E of the Court's Individual Practices, the Stephensons respectfully request that the Court adjourn the hearing on the Plaintiffs' Order to Show Cause for a Preliminary Injunction, and extend the deadlines for serving opposition and reply papers, as set forth in the Court's January 7, 2019 Order to Show Cause (the "Order"), in order to allow the parties to continue to discuss a potential resolution of this matter.

    We have conferred with counsel for the Plaintiffs and counsel for Defendant AllMac, LLC and they have consented to the requested adjournment and the extension of the deadlines set forth in the Order as follows: (1) the Defendants' deadline for serving opposition papers, currently scheduled for January 14, 2019 at 5:00 pm, be extended to January 28, 2019 at 5:00 pm; (2) the Plaintiff's deadline for serving reply papers, currently scheduled for January 18, 2019 at 5:00pm, be extended to February 8, 2019 at 5:00 pm; and (3) the hearing on the Plaintiffs' motion, currently scheduled for January 28, 2019 at 2:00 pm, be adjourned to February 11, 2019 at 2:00 pm.

[1087865-2]

      All parties have consented to the above extensions and adjournment, and Defendants agree to consent to the extension of the temporary restraining order set forth in the Order until the hearing on Plaintiffs' motion for a preliminary injunction. No party has previously requested an extension or adjournment in this action.

                                        Respectfully Submitted,

                                        /s/ Richard W. Trotter_____
                                        Richard W. Trotter
                                        Tannenbaum Helpern
                                        Syracuse & Hirschtritt LLP

Cc: Counsel of record (*via* ECF) and counsel for AllMac, LLC (*via email*)