UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
TROIKA MEDIA GROUP, INC., TROIKA-MISSION :
HOLDINGS, INC., MISSIONCULTURE LLC, and  :  Index No.: 1:19-cv-00145-ER
MISSION MEDIA USA INC.,                  :
                                         :
                    Plaintiffs,          :  **DECLARATION OF**
                                         :  **DEAN R. NICYPER**
         -against-                       :  **IN SUPPORT OF PLAINTIFFS'**
                                         :  **SECOND MOTION FOR**
NICOLA STEPHENSON, JAMES STEPHENSON      :  **CONTEMPT AND TO**
and ALLMAC LLC,                          :  **BROADEN INJUNCTIVE RELIEF**
                                         :
                    Defendants.          :
                                         :
-------------------------------------------------------------------- X

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      **DEAN R. NICYPER** respectfully submits this declaration, based on personal knowledge, stating as follows:

      1.    I am an attorney admitted in the State of New York and in this Court, and I am a partner at Withers Bergman LLP, counsel for Plaintiffs in this action.

      2.    I respectfully submit this Declaration in support of Plaintiffs' motion to hold Nicola Stephenson in contempt of this Court's January 7, 2019 temporary restraining order, and in support of Plaintiffs' motion to broaden the requested preliminary injunction against Nicola Stephenson ("NS") and James Stephenson ("JS"), in order to address any and all interference by NS and JS with any of the affiliated TMG and Mission Media ("MM") companies' business, assets, and personnel. I make this affirmation based on my personal knowledge.

      3.    There have been no prior applications for the relief requested in this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 5, 2019

_____
Dean R. Nicyper