UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TROIKA MEDIA GROUP, INC., TROIKA MISSION HOLDINGS, INC., MISSIONCULTURE LLC, AND MISSION MEDIA USA, INC.,

Plaintiffs,

-against-

NICOLA STEPHENSON, JAMES STEPHENSON, and ALLMAC LLC,

Defendants.

Index No. 19-cv-00145 (ER)

**DEFENDANTS NICOLA AND JAMES STEPHENSON'S
MEMORANDUM OF LAW IN OPPOSITION TO
PLAINTIFFS' MOTION FOR CONTEMPT**

David D. Holahan
Richard W. Trotter
TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
Phone No. (212) 508-6700
Holahan@thsh.com
Trotter@thsh.com  and

*Attorneys for Defendants Nicola Stephenson
and James Stephenson*