# withers Bergman LLP

430 Park Avenue, 10th Floor, New York, New York 10022-3505
t: +1 212 848 9800
f: +1 212 848 9888
www.withersworldwide.com

February 14, 2019

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 619
New York, New York  10007

Re: *Troika Media Group, Inc, et al. v. Nicola Stephenson, et al.*, Index No.: 19-cv-00145-ER

Dear Judge Ramos:

Our firm represents the Plaintiffs in this action. Pursuant to Your Honor's request that the parties work out a schedule for currently anticipated motions, we write to inform the Court that the parties have agreed to the following schedule. Plaintiffs shall file their Amended Complaint on or before February 25, 2019. Plaintiffs shall also file their motion to stay arbitration on or before February 25, 2019. Once these documents are filed and Defendants have had an opportunity to review them, the parties will agree on a further briefing schedule.

We are authorized to state that counsel for Defendants has reviewed this letter, and has approved its contents on behalf of Defendants.

Respectfully submitted,

Dean R. Nicyper

So Ordered

_____
United States District Judge

Withersworldwide
London  Geneva  Zurich  Milan  Padua
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Greenwich  New Haven  San Francisco
Los Angeles  Rancho Santa Fe  San Diego

Withers SBL
Melbourne  Sydney

direct line:  +1 212 848 9815
direct fax:  +1 212 824 4215
e-mail:  dean.nicyper@withersworldwide.com
admitted in New York