WITHERS BERGMAN LLP
Dean R. Nicyper
Emma Lindsay
Chaya Weinberg-Brodt
Joseph Gallo
430 Park Avenue
New York, New York 10022
Telephone: (212) 848-9800
*Attorneys for Plaintiffs Troika/Mission Group, Inc.,*
*Troika-Mission Holdings, Inc., MissionCulture LLC,*
*Mission-Media Holdings Limited, Mission-Media Ltd.,*
*and Mission Media USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TROIKA MEDIA GROUP, INC., TROIKA-MISSION :
HOLDINGS, INC., MISSIONCULTURE LLC, :
MISSION-MEDIA HOLDINGS LIMITED, MISSION- :
MEDIA LTD., and MISSION MEDIA USA INC. :

                                           Plaintiffs,:   Index No.: 19-cv-00145-ER

                 -against-   **NOTICE OF MOTION**

NICOLA STEPHENSON, JAMES STEPHENSON, :
AND ALLMAC LLC, :

                                     Defendants.:
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the declaration of Joseph Gallo, executed on February 25, 2019, and the exhibits annexed thereto, and Plaintiffs' memorandum of law, Plaintiffs move this Court for an order granting Plaintiffs' motion to stay the arbitration that has been demanded by Defendants Nicola and James Stephenson.

Dated: New York, New York
       February 25, 2019

WITHERS BERGMAN LLP

By: _____
Dean R. Nicyper
Emma Lindsay
Chaya F. Weinberg-Brodt
Joseph Gallo
430 Park Avenue
New York, New York 10022
(212) 848-9815
Dean.Nicyper@WithersWorldwide.com
Emma.Lindsay@WithersWorldwide.com
Chaya.Weinberg-Brodt@WithersWorldwide.com
Joseph.Gallo@WithersWorldwide.com
*Attorneys for Plaintiffs Troika Media Group, Inc., Troika-Mission Holdings, Inc., MissionCulture LLC, Mission-Media Holdings Limited, Mission-Media Ltd., & Mission Media USA Inc.*