AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Troika Media Group, Inc. et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-cv-00145 |
| Stephenson et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Troika Media Group, Inc. et al

Date:   02/25/2019

*Attorney's signature*

Joseph E. Gallo (5037155)
*Printed name and bar number*

Withers Bergman, LLP
430 Park Avenue, 10th Floor
New York, New York 10022

*Address*

joseph.gallo@withersworldwide.com
*E-mail address*

(212) 848-9800
*Telephone number*

(212) 848-9888
*FAX number*