## withers Bergman LLP

430 Park Avenue, 10th Floor, New York, New York 10022-3505
t: +1 212 848 9800
f: +1 212 848 9888
www.withersworldwide.com

February 26, 2019

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 619
New York, New York  10007

Re: *Troika Media Group, Inc, et al. v. Nicola Stephenson, et al.*, **Index No.: 19-cv-00145-ER**

Dear Judge Ramos:

Our firm represents the Plaintiffs in this action. Pursuant to Your Honor's Memorandum Endorsement, dated February 15, 2019 (Dkt. No.39), Plaintiffs were to file their Amended Complaint by February 25, 2019. We timely filed Plaintiffs' Amended Complaint yesterday, February 25, 2019, but we inadvertently did not include the two newly-added Plaintiffs as filing parties in the ECF screen asking us to list the parties we were filing for. This morning, we received an ECF notification alerting us of this omission. The ECF notification further stated that before we can refile Plaintiffs' Amended Complaint, we would first need the Court's approval.

We write to respectfully request Your Honor's approval to refile Plaintiffs' Amended Complaint.

Respectfully submitted,

Joseph Gallo

Withersworldwide
London  Geneva  Zurich  Milan  Padua
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Greenwich  New Haven  San Francisco
Los Angeles  Rancho Santa Fe  San Diego

Withers SBL
Melbourne  Sydney