```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/29/2019__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TROIKA MEDIA GROUP, INC., *et al.*,

                          Plaintiffs,

       - against -

NICOLA STEPHENSON, *et al.*,

                         Defendants.
-----------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

19-cv-145 (ER)(JLC)

The above-entitled action is referred to the Honorable James L. Cott, United States Magistrate Judge, for the following purpose:

| | | | |
|---|---|---|---|
| ____ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _X_ | SETTLEMENT |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | | |

Dated: New York, New York
        March 29, 2019

SO ORDERED:

*/s/ Edgardo Ramos*
_____
EDGARDO RAMOS, U.S.D.J.

* Do not check if already referred for General Pre-Trial.