UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TROIKA MEDIA GROUP, INC.,
TROIKA-MISSION HOLDINGS, INC.,
MISSIONCULTURE LLC, MISSION-MEDIA
HOLDINGS LIMITED, MISSION-MEDIA LTD.,
and MISSION MEDIA USA INC.,

                Plaintiffs,

    -- against --

NICOLA STEPHENSON, JAMES STEPHENSON,
and ALLMAC LLC,

                Defendants.
-------------------------------------------------------------x

Civil Action No.: 19-cv-00145 (ER)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that FEDER KASZOVITZ LLP, 845 Third Avenue, New York, New York 10022, hereby appears in this action as co-counsel for Plaintiffs Troika Media Group, Inc., Troika-Mission Holdings, Inc., Missionculture LLC, Mission-Media Holdings Limited, Mission-Media Ltd., and Mission Media USA Inc., and hereby demands that all pleadings and papers be served upon it, and that it be added to the service list on the Court's ECF system.

Dated: New York, New York
       April 5, 2019

FEDER KASZOVITZ LLP

By: _____
      Murray L. Skala
      David Sack
845 Third Avenue
New York, New York 10022
Telephone: (212) 888-8200

Co-Counsel for Plaintiffs

Dated: April 5, 2019

**TROIKA MEDIA GROUP, INC.**

By: _____
Title: G.C.

Dated: April 5, 2019

**TROIKA-MISSION HOLDINGS, INC.**

By: _____
Title: Director

Dated: April 5, 2019

**MISSIONCULTURE LLC**

By: _____
Title: G.C.

Dated: April 5, 2019

**MISSION-MEDIA HOLDINGS LIMITED**

By: _____
Title: G.C.

Dated: April 5, 2019

**MISSION-MEDIA LTD.**

By: _____
Title: G.C.

Dated: April 5, 2019

**MISSION MEDIA USA, INC.**

By: _____
Title: G.C.