**FEDER KASZOVITZ LLP**
ATTORNEYS AT LAW

845 THIRD AVENUE
NEW YORK, NY 10022-6601

TELEPHONE: (212) 888-8200

FACSIMILE: (212) 888-7776

E-MAIL:

**MEMO ENDORSED**

April 24, 2019

VIA ECF

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The parties' application to proceed directly to arbitration is granted. The order of reference filed March 29, 2019, *see* Doc. 52, is hereby withdrawn. The action remains stayed in favor of arbitration.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 4/24/2019
> New York, New York

Re:   Troika Media Group, et al. v. Stephenson, et al.
      Civil Action No.: 19-cv-0145 (ER)

Dear Judge Ramos:

Together with Withers Bergman LLP, we represent the Plaintiffs in this action, and write to apprise the Court that after extensive discussion, the parties have determined that mediation at this time is unlikely to resolve this matter, and have decided to proceed directly to binding arbitration before JAMS, as provided in paragraph 2 of the Stipulation, dated March 26, 2019 and "So Ordered" March 27, 2019 (ECF Document No. 51).

Accordingly, we respectfully request, on behalf of all parties, that the Order of Reference filed March 29, 2019 (ECF Document No. 52) be stayed at this time to permit the parties to proceed directly to arbitration.

Respectfully submitted,

David Sack

cc:   David D. Holahan, Esq. (via ECF)
      Dean R. Nicyper, Esq. (via ECF)