UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TROIKA MEDIA GROUP, INC., TROIKA-MISSION
HOLDINGS, INC., MISSION-CULTURE LLC, MISSION-
MEDIA HOLDINGS LIMITED, MISSION-MEDIA LTD,
and MISSION MEDIA USA INC.,

Civil Action Number
19-cv-00145 (ER)

Plaintiffs,

**NOTICE OF MOTION**

- against-

**Oral Argument is Requested**

NICOLA STEPHENSON and JAMES STEPHENSON,
Defendants.

---

**PLEASE TAKE NOTICE** that, upon the affirmation of Bruce Robins, dated June 28, 2019, the exhibits annexed thereto, the accompanying memorandum of law, and upon all prior pleadings and proceedings herein, plaintiffs will move this Court before the Honorable Edgardo Ramos at the Courthouse located at 40 Foley Square, New York, New York, Room 619, on Thursday, July 11, 2019 at 10 A.M., or at such other time and place as shall be directed by the Court, for an Order (a) disqualifying Tannenbaum, Helpern, Syracuse and Hirschtritt, LLP (the "Law Firm") from representing any of the defendants in this action or in the related arbitration; (b) directing the Law Firm to turn over to the plaintiffs documents and information related to the

Law Firm's representation of any of the plaintiffs; and (c) for such other and further relief as this Court deems just and necessary.

Dated: New York, New York
       June 28, 2019

                Respectfully submitted,

                Feder Kaszovitz LLP

                By: /s/ Bruce Robins
                Bruce Robins (BR-8194)
                845 Third Avenue
                New York, NY 10022
                (212) 888-8200
                Brobins@fedkas.com
                Attorneys for Plaintiffs