# EXHIBIT B

| | |
|---|---|
| **From:** | Rieger, James |
| **To:** | david.guin@withersworldwide.com |
| **Subject:** | Update |
| **Date:** | Thursday, November 1, 2018 2:18:18 PM |
| **Attachments:** | image001.jpg |
| | image002.png |

Hi David, I hope you have been well and were able to enjoy the rest of your summer. Just a heads up. James Stephenson and Andrew from Troika have apparently come to a meeting of the minds that James will not be starting his employment with Troika pursuant to the employment agreement dated January 1, 2019 which we had signed at closing. I will be drafting a couple pager to memorialize that which will touch on the two purchase agreements (equity and goodwill) and the escrow agreement to which your firm is escrow agent as all of those agreements predicated further payments of consideration, earnout, release of stock from escrow etc. on neither Nicola nor James being fired for cause or quitting without good reason.

We should have something next week.

Regards,

James

James Rieger
**Tannenbaum Helpern Syracuse & Hirschtritt LLP**
900 Third Avenue
New York, New York 10022
Email: rieger@thsh.com
Tel: (212) 508-6728
Fax: (646) 390-6916
www.thsh.com



*Notice: This message, and any attached file, is intended only for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail and delete all copies of the original message. Thank you.*