FEDER KASZOVITZ LLP
ATTORNEYS AT LAW

845 THIRD AVENUE
NEW YORK, NY 10022-6601

TELEPHONE: (212) 888-8200                    FACSIMILE: (212) 888-7776

E MAIL:
mskala@fedkas.com

Writer's Direct Dial:
(347) 226-5401

July 8, 2019

**Via ECF Filing**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Troika Media Group, Inc., et al. v. Nicola Stephenson, James Stephenson, and AllMac LLC*, Index No. 19-CV-00145 (ER)

Dear Judge Ramos:

We respectfully request an opportunity to submit a short memorandum in reply to defendants' opposition papers to address the defendants' Law Firm's conclusory allegation of "mistake" which we intend to show is an improper characterization of what occurred and is inconsistent with the services described and for which the Company was billed. Our reply will also distinguish the June 19th Decision in *Maiden Lane Hospitality Group LLC v. Beck, By David Companies, Inc.*, 2019 WL 2417253 (S.D.N.Y. 2019), referenced in footnote 12 of defendants' Memorandum of Law.

We believe a short reply is necessary so that the Court can have a more complete record regarding the defenses that have been raised on the disqualification issue. We require no more than three pages and can serve our reply by the end of the week.

Thank you for your kind consideration of this request.

Respectfully submitted,

Feder Kaszovitz LLP

By: _____
Murray L. Skala

MLS:hk

The Hon. Edgardo Ramos
July 8 2019
Page 2

cc:   David D. Holahan, Esq.
      Dean Nicyper, Esq.