UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TROIKA MEDIA GROUP, INC., TROIKA-MISSION
HOLDINGS, INC., MISSIONCULTURE LLC,
MISSION-MEDIA HOLDINGS LIMITED, MISSION-
MEDIA LTD., and MISSION MEDIA USA INC.,

       Plaintiffs,

  -against-

NICOLA STEPHENSON, JAMES STEPHENSON, and
ALLMAC LLC,

       Defendants.
------------------------------------------------------------------X

Index No.: 19-cv-00145-ER

**NOTICE OF MOTION AND
MOTION FOR WITHDRAWAL
AS COUNSEL OF RECORD**

  PLEASE TAKE NOTICE that Plaintiffs Troika/Mission Group, Inc., Troika-Mission Holdings, Inc., MissionCulture LLC, Mission-Media Holdings Limited, Mission-Media Ltd., and Mission Media USA Inc. (together "Troika Media Group") and their counsel Withers Bergman LLP ("Withers"), upon the accompanying Declaration of Dean R. Nicyper, executed on August 23, 2019, and Declaration of Michael Tenore, executed on August 22, 2019, and upon all prior pleadings and proceedings in this action, hereby move this Court, pursuant to Local Civil Rule 1.4, for an Order approving the withdrawal of Withers as counsel of record for Troika Media Group in the above captioned action and proceedings.

  PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1, answering papers, if any, shall be served not later September 6, 2019, and reply papers, if any, shall be served within seven days after service of the answering papers.

Dated: New York, New York
August 23, 2019

                        WITHERS BERGMAN LLP

By: _____
Dean R. Nicyper
Emma Lindsay
Chaya F. Weinberg-Brodt
Joseph Gallo
430 Park Avenue
New York, New York 10022
(212) 848-9815
Dean.Nicyper@WithersWorldwide.com
Emma.Lindsay@WithersWorldwide.com
Chaya.Weinberg-Brodt@WithersWorldwide.com
Joseph.Gallo@WithersWorldwide.com
*Attorneys for Plaintiffs Troika Media Group, Inc., Troika-Mission Holdings, Inc., MissionCulture LLC, Mission-Media Holdings Limited, Mission-Media Ltd., & Mission Media USA Inc.*

2