UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TROIKA MEDIA GROUP, INC., TROIKA-MISSION
HOLDINGS, INC., MISSIONCULTURE LLC,
MISSION-MEDIA HOLDINGS LIMITED, MISSION-
MEDIA LTD., and MISSION MEDIA USA INC.

                      Plaintiffs,

      -against-

NICOLA STEPHENSON, JAMES STEPHENSON, and
ALLMAC LLC,

                      Defendants.
-------------------------------------------------------------X

Index No.: 19-cv-00145-ER

**DECLARATION OF
MICHAEL TENORE, ESQ.
IN SUPPORT OF MOTION
FOR WITHDRAWAL
OF COUNSEL OF RECORD**

I, **MICHAEL TENORE, ESQ.**, declare under the penalties of perjury as follows:

1. I am the General Counsel of Troika Media Group, Inc., Troika-Mission Holdings, Inc., Missionculture LLC, Mission-Media Holdings Limited, Mission-Media Ltd., and Mission Media USA Inc. (together "Troika Media Group"), Plaintiffs in this action.

2. To date, Troika Media Group has been represented by the law firms Withers Bergman LLP ("Withers") and Feder Kaszovitz LLP ("Feder Kaszoviz") in this proceeding.

3. Troika Media Group and Withers have agreed that Troika Media Group will no longer be represented by Withers, but will continue to be represented by Feder Kaszovitz.

4. Accordingly, together with Withers, I respectfully request that this Court issue an Order permitting Withers to withdraw as counsel of record for all Plaintiffs in the above-captioned action proceedings.

I hereby declare under penalty of perjury that the foregoing in true and correct.

Executed on: August 21, 2019

                                                                       _____
                                                                       Michael Tenore