UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

TROIKA MEDIA GROUP, INC., TROIKA-MISSION HOLDINGS, INC., MISSIONCULTURE LLC, MISSION-MEDIA HOLDINGS LIMITED, MISSION-MEDIA LTD., and MISSION MEDIA USA INC.,

                Plaintiffs,

-against-

NICOLA STEPHENSON, JAMES STEPHENSON, and ALLMAC LLC,

                Defendants.
-----------------------------------------------------------------------X

Index No.: 19-cv-00145-ER

**DECLARATION OF DEAN R. NICYPER IN SUPPORT OF MOTION FOR WITHDRAWAL OF <u>COUNSEL OF RECORD</u>**

I, DEAN R. NICYPER, declare under the penalties of perjury as follows:

1. I am an attorney admitted to practice law in the state of New York and in the federal courts in the Southern District of New York, and I am a member of the law firm Withers Bergman LLP ("Withers"), attorneys to date for Plaintiffs Troika Media Group, Inc., Troika-Mission Holdings, Inc., Missionculture LLC, Mission-Media Holdings Limited, Mission-Media Ltd., and Mission Media USA Inc. (together "Troika Media Group") in this action.

2. Troika Media Group has been represented jointly in this action by Withers and Feder Kaszovitz LLP. Withers and Troika Media Group have agreed that Plaintiffs will no longer be represented by Withers in this action.

3. Accordingly, together with Troika Media Group, we respectfully request that this Court issue an Order permitting Withers, including the undersigned and my colleagues Chaya-Weinberg Brodt, Emma Lindsay and Joseph Gallo, to withdraw as counsel of record for all Plaintiffs in the above-captioned action proceedings. This is a mutually agreed upon withdrawal, and withdrawing counsel will not be asserting any charging lien on the file.

I hereby declare under penalty of perjury that the foregoing in true and correct.

Executed on:  August 23, 2019

_____
Dean R. Nicyper