UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
TROIKA MEDIA GROUP, INC., TROIKA-MISSION
HOLDINGS, INC., MISSIONCULTURE LLC,
MISSION-MEDIA HOLDINGS LIMITED, MISSION-
MEDIA LTD., and MISSION MEDIA USA INC.,

                Plaintiffs,

-against-

NICOLA STEPHENSON, JAMES STEPHENSON,
and ALLMAC LLC,

                Defendants.
------------------------------------------------------------------- X

Index No.: 19-cv-00145-ER

**(Proposed) ORDER GRANTING
MOTION TO WITHDRAW
AS COUNSEL OF RECORD**

      WHEREAS, Dean R. Nicyper, Esq., Chaya Weinberg-Brodt, Esq., Joseph Gallo, Esq., and the law firm Withers Bergman LLP (together "Withers") have previously appeared and filed pleadings on behalf of Plaintiffs Troika/Mission Group, Inc., Troika-Mission Holdings, Inc., MissionCulture LLC, Mission-Media Holdings Limited, Mission-Media Ltd., and Mission Media USA Inc. (together "Troika Media Group") in this action;

      WHEREAS, Troika Media Group and Withers wish to have Withers withdraw as counsel of record for Mission in this action;

      WHEREAS, Murray L. Skala, Esq., Bruce Ethan Robins, Esq., and David F. Sack, Esq. of Feder Kaszovitz LLP will remain as counsel for the Troika Media Group in this action; and

      WHEREAS, based on the Motion for Withdrawal as Counsel of Record, Declaration of Dean R. Nicyper, executed on August 23, 2019, and Declaration of Michael Tenore, executed on August 22, 2019, it is the opinion of this Court that the relief requested in the motion should be granted, it is accordingly:

ORDERED, that Dean R. Nicyper, Esq., Chaya Weinberg-Brodt, Esq., Joseph Gallo, Esq., and the law firm Withers Bergman LLP are hereby withdrawn and shall cease from this point forward to be counsel of record for Plaintiffs in this action.

Dated: New York, New York
      September __, 2019

_____
Judge Edgardo Ramos