UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROIKA MEDIA GROUP, INC., TROIKAMISSION HOLDINGS, INC., MISSIONCULTURE LLC, MISSION-MEDIA HOLDINGS LIMITED, MISSIONMEDIA LTD., *and* MISSION MEDIA USA INC.,

Plaintiffs,

– *against* –

NICOLA STEPHENSON *and* JAMES STEPHENSON,

Defendants.

**ORDER**

19 Civ. 145 (ER)

Ramos, D.J.:

On April 23, 2020, the plaintiffs moved the Court to issue a proposed Order to Show Cause why non-party Mishcon de Reya LLP, a London law firm organized under the laws of England and Wales, should not be held in contempt by this Court for failure to appear before a JAMS arbitrator in New York, pursuant to 9 U.S.C. § 7 and Federal Rule of Civil Procedure 45(g). Doc. 91. That motion is DENIED without prejudice. All parties with civil matters before this Court are required to appear at a pre-motion conference before making a motion. *See* Individual Practices of Judge Edgardo Ramos § 2(A)(ii).

Accordingly, the plaintiffs, the defendants, and counsel for Mishcon de Reya LLP are directed to appear for a pre-motion conference on May 28, 2020 at 10:00 a.m. EDT. The conference will be held telephonically. Persons calling from the United States may dial (877) 411-9748 and enter access code 302 9857. Persons calling outside the United States may dial +1 (636) 651-3128 and enter access code 302 9857. The plaintiffs are directed to serve a copy of this Order, their Motion for Sanctions, Doc. 91, and their Memorandum of Law, Doc. 92, on Mishcon de Reya LLP via electronic mail directed to

2

the firm's general counsel, Jarrett Brown, by May 14, 2020. The Clerk of Court is respectfully directed to terminate the motion, Doc. 91.

It is SO ORDERED.

Dated:   April 28, 2020
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.