

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY  10018-1405
212.808.2700
Fax 212.286.9806

Robyn R. English-Mezzino
direct dial:  609.951.4193
englishr@pepperlaw.com

May 26, 2020

Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>May 28, 2020 Hearing</u>

Dear Judge Ramos:

      Your Honor has Ordered non-party Mishcon de Reya LLP to appear for a telephonic pre-motion conference on May 28, 2020 at 10:00am EDT.  Pepper Hamilton LLP has been retained to represent Mishcon de Reya LLP.

      I am a member of the New York State bar and admitted to practice in the Southern and Eastern Districts of New York.  I will be present at the hearing.  I respectfully request that my colleague Matthew H. Adler be permitted to attend the hearing and argue on behalf of our client.  Mr. Adler is a partner of Pepper Hamilton LLP and a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey.  COVID-19 has slowed the processes for obtaining certificates of good standing making this request necessary.  I will file pro hac vice papers for Mr. Adler as soon as we are able.

      We submit this request along with our pre-motion conference letter pursuant to Your Honor's Individual Rules § 2(A)(ii).  Our letter responds to the vacated motion since Plaintiffs have not otherwise presented the Court with a pre-motion letter.

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh | Detroit |
| Berwyn | Harrisburg | Orange County | Princeton | Rochester | Silicon Valley | Wilmington |

www.pepperlaw.com



Judge Ramos
Page 2
May 26, 2020

        Thank you for Your Honor's consideration of this request.

        Respectfully submitted,

        Robyn R. English-Mezzino