UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROIKA MEDIA GROUP, INC., *et al.*,

        Plaintiffs,

– *against* –

NICOLA STEPHENSON *and* JAMES STEPHENSON,

        Defendants.

**ORDER**

19 Civ. 145 (ER)

RAMOS, D.J.:

    On March 27, 2019, the Court stayed this action in favor of arbitration before JAMS. Most recently, the Court held a hearing on May 28, 2020, to resolve discovery disputes arising from the arbitration. The parties have not informed the Court of any further developments in the arbitration since that time. Accordingly, the parties are directed to file a joint status report by November 1, 2020.

It is SO ORDERED.

Dated:    October 2, 2020
              New York, New York

                                                EDGARDO RAMOS, U.S.D.J.