**FEDER KASZOVITZ LLP**
Attorneys at Law
845 Third Avenue
New York, New York 10022
Telephone: (212) 888-8200
Facsimile (212) 888-7776

March 17, 2021

**Via ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Troika Media Group, et al. v. Stephenson, et al.
           Civil Action No.: 19-cv-0145 (ER)

Dear Judge Ramos:

    We represent the Plaintiffs in this action and write, pursuant to Your Honor's Individual Rule (2)(a)(ii), to request a pre-motion conference in connection with a contemplated motion to confirm a Final Award issued by the sole Arbitrator appointed by JAMS on March 8, 2021, which incorporated his findings contained in a Partial Final Award, dated January 4, 2021, and for a money judgment to be entered thereon.

    In the event that Defendants do not consent to the immediate confirmation of the Final Award and for judgment to be entered thereon, Plaintiffs intend to seek further leave to proceed with this motion by order to show cause or other expedited procedure so as to enter a judgment on the Final Award as soon as possible, or in the alternative, seek leave to renew their motion for provisional relief, *i.e.* an order of attachment of Defendants' assets, pursuant to Fed. R. Civ. P. 64 and CPLR 6201(3) and 7502(c), to ensure that the judgment to be issued upon the Arbitrator's Final Award is not rendered ineffectual.

    By way of background, prior to the commencement of the Arbitration, the Court denied Plaintiffs' prior application for provisional relief on June 14, 2019 based upon, among other reasons, representations by the Defendants and their then-counsel that the "vast majority" of Defendants' assets are located in New York; that Defendants have not transferred any "significant" portion of their assets to third-parties; and Defendants have not transferred any "significant" portion of their assets to the UK, the jurisdiction of which they are citizens.

    Since then, and indeed, since the date that the Arbitrator issued his Partial Final Award and it became clear that Defendants would be liable to pay a significant cash judgment to Plaintiffs, Plaintiffs have reasons for concern about Defendants' ability and willingness to pay

Honorable Edgardo Ramos
March 17, 2021
Page 2

the judgment to be issued upon the Final Award, and wish to ensure that the judgment entered thereon is not ineffectual.

      Accordingly, Plaintiffs seek leave to proceed on an expedited basis in accordance with the foregoing.

                                       Respectfully submitted,

                                              /s/

                                       Murray L. Skala

cc:    David A. Berger, Esq.  (via ECF)
        Richard Crisona, Esq.  (via ECF)
        Rachel Briant, Esq.  (via ECF)