UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROIKA MEDIA GROUP, INC., TROIKA-MISSION HOLDINGS, INC., MISSIONCULTURE LLC, MISSION-MEDIA HOLDINGS LIMITED, MISSION-MEDIA LTD., and MISSION MEDIA USA INC.,

      Plaintiffs,

– against –

NICOLA STEPHENSON, JAMES STEPHENSON, and ALLMAC LLC,

      Defendants.

**ORDER**

19 Civ. 145 (ER)

Ramos, D.J.:

  The Court having been advised that the parties have reached a settlement in principle, it is ORDERED that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

  **Any application to reopen must be filed within thirty (30) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next thirty (30) days with a request that the agreement be "so ordered" by the Court.  In light of Plaintiffs' withdrawal of their motion to confirm the final arbitration award, the Clerk of Court is respectfully directed to terminate docket numbers 106 and 109.

It is SO ORDERED.

Dated: July 15, 2021
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.